CARRIE ROSSI, APPELLANT, v. PENNSYLVANIA RAILROAD COMPANY, RESPONDENT.

Submitted May 29, 1936—Decided October 2, 1936.

For the appellant, *Abraham S. Gechtman.*

For the respondent, *Wall, Haight, Carey & Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 12.

*For reversal*—None.